**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7482**

─────────────

EDWARD ALVIN MORTON,

Petitioner - Appellant,

versus

WILLIAM S. HAINES,

Respondent - Appellee.

─────────────

**No. 02-7544**

─────────────

EDWARD ALVIN MORTON,

Petitioner - Appellant,

versus

WILLIAM S. HAINES,

Respondent - Appellee.

─────────────

Appeals from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-01-41-1)

─────────────

Submitted: November 21, 2002       Decided: December 4, 2002

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edward Alvin Morton, Appellant Pro Se. Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Alvin Morton, a state prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000).[*] An appeal may not be taken to this court from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 122 S. Ct. 318 (2001). We have reviewed the record and conclude for the reasons stated by the district court that Morton has not made the requisite showing. See Morton v. Haines, No. CA-01-41-1 (N.D.W. Va. Sept. 25, 2002). Accordingly, we deny certificates of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are

_____

[*] Morton filed two notices of appeal from the district court's final judgment.

3

adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED